UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA; et seq.**
**Plaintiff (Petitioner)**

V.

**JAMEY J. BICKLEY, ET AL,**
**Defendant (Respondent)**

CASE and/or DOCKET No.: 19-03711

Sheriff's Sale Date: _____

**AFFIDAVIT OF SERVICE**

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, __Mary Featherston__, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve JAMEY J. BICKLEY the above process on the __18th__ day of __October__, 20__19__ at __10:30__ o'clock, __A__M, at 16424 TREASURE POINT DR WIMAUMA, FL 33598

**Manner of Service:**
By handing a copy to:

☐ An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*

☐ The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *

☐ An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *

☒ By handing a copy to the Defendant(s)

☐ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

☐ By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: __Jamey Bickley__
Relationship/Title/Position: __Individual__
Remarks: _____
Description: Approximate Age __38__ Height __5'6"__ Weight __125__ Race __W__ Sex __F__ Hair __Blonde__
Defendant was not served because: ☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant
☐ Other: _____

Service was attempted on the following dates/times:
1) _____   2) _____   3) _____

Commonwealth/State of _____ ) SS:
County of _____ )

Before me, the undersigned notary public, this day, personally, appeared __Mary Featherston__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

__Mary__ (Signature of Affiant)

Subscribed and sworn to before me this __22nd__ day of __October__, 20__19__.

File Number: USA-194819  PS# 09586152
Case ID #: 5661427

PAMELA E. GIBSON
Notary Public - State of Florida
Commission # GG 062355
My Comm. Expires Jan 12, 2021
Bonded through National Notary Assn.

Notary Public