

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>JAMEY J. BICKLEY, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 19-03711<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served RAYMOND L. BICKLEY, IV A/K/A RAYMOND BICKLEY, IV the above process on the 23 day of October, 2019, at 4:15 o'clock, P M, at 415 Printz St Reading, PA 19606 2522, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

\* Name: LINDA LINTZ
Relationship/Title/Position: MOTHER
Remarks: _____
Description: Approximate Age 66-70   Height 5'4   Weight 145   Race WHITE   Sex FEMALE   Hair RED
Military Status: [✓] No  [ ] Yes  Branch: _____

Commonwealth/State of __Pa__ ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Denise Hinkle__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-194819
Case ID #: 5661427

Subscribed and sworn to before me
this __24__ day of __Oct__, 20__19__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021