# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>Jamey J. Bickley<br>Raymond L. Bickley, IV a/k/a Raymond Bickley, IV<br><br>　　　　　　　　　　Defendant(s) | CIVIL NO. 19-03711 |

## ORDER

**AND NOW**, this _15th_ , day of _January_ , 2020, upon consideration of Plaintiff's Motion to Discontinue as to Less than All Party Defendants Pursuant to Fed. R. Civ. Pro. 21 and any Responses filed thereto, if any, it is hereby

ORDERED and DECREED that Plaintiff's Motion is GRANTED, and it is further

ORDERED and DECREED that this action is discontinued without prejudice as to only Jamey J. Bickley, who is released from liability pursuant to Pa.R.C.P. 1144(b).

BY THE COURT:

_____ J.