## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

The United States of America

                              Plaintiff

vs.

Raymond L. Bickley, IV a/k/a Raymond Bickley, IV

                              Defendant

CIVIL NO.  19-03711

## NOTICE OF THE DATE OF CONTINUED MARSHAL'S SALE

    The Marshal Sale scheduled for May 19, 2020 at 11:00 AM in the above matter has been continued until **June 16,2020 at 11:00 AM**

                              Respectfully submitted,

                              KML Law Group, P.C.

                              By: /s/Rebecca A. Solarz, Esq.
                              Rebecca A. Solarz, Esquire
                              Suite 5000 – BNY Independence Center
                              701 Market Street
                              Philadelphia, PA  19106-1532
                              (215) 825-6327
                              RSolarz@kmllawgroup.com

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

The United States of America

                Plaintiff

    vs.

Raymond L. Bickley, IV a/k/a Raymond Bickley, IV     CIVIL NO.. 19-03711

                Defendant

### CERTIFICATE OF FILING AND SERVICE

      I hereby certify that the attached Notice of the Date of Continued Marshal's Sale was sent for filing with the Court, and was served on the following parties by regular mail on the date listed below.

Raymond L. Bickley, IV a/k/a Raymond Bickley, IV
56 Canal Street
Leesport, PA 19533

Raymond L. Bickley, IV a/k/a Raymond Bickley, IV
415 Printz St
Reading, PA 19606


Date: 3/25/2020         By: /s/Rebecca A. Solarz, Esq.
                                Rebecca A. Solarz, Esquire
                                KML LAW GROUP, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                Direct: (215) 820-6327
                                Email: rsolarz@kmllawgroup.com