19-3711



RAYMOND L. BICKLEY, IV
56 CANAL STREET
LEESPORT, PA 19533



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PHILADELPHIA, PA 19106-9865

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE. $300

U.S. POSTAGE >> PITNEY BOWES

ZIP 19106
02 1W
0001388268    MAR 12 2020

$ 000.50⁰

U.S.
X-RAY

NIXIE        176   6E 1                Z283/13/20
                        RETURN TO SENDER
              NOT DELIVERABLE AS ADDRESSED
                    UNABLE TO FORWARD
BC: 19106179099        *0497-04100-12-43