UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>Raymond L. Bickley, IV a/k/a Raymond Bickley, IV<br><br>Defendant(s) | CIVIL NO. 19-03711 |

PRAECIPE TO WITHDRAW APPEARANCE AND ENTER APPEARANCE

Kindly withdraw my appearance on behalf of Plaintiff, in the above captioned matter.

        KML LAW GROUP, P.C.
        Respectfully submitted,

        KML Law Group, P.C.


        By: /s/ Rebecca A. Solarz
        Rebecca A. Solarz, Esquire
        Suite 5000 – BNY Independence Center
        701 Market Street
        Philadelphia, PA  19106-1532

Kindly enter my appearance on behalf of Plaintiff, in the above captioned matter.

        KML LAW GROUP, P.C.
        Respectfully submitted,

        KML Law Group, P.C.


        By: /s/ Michael T. McKeever
        Michael T. McKeever, Esquire
        Suite 5000 – BNY Independence Center
        701 Market Street
        Philadelphia, PA  19106-1532

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                          Plaintiff<br><br>vs.<br><br>Raymond L. Bickley, IV a/k/a Raymond Bickley, IV<br>                          Defendant(s) | CIVIL NO. 19-03711 |

**CERTIFICATE OF SERVICE**

    I, Michael McKeever Esquire, hereby certify that the foregoing Withdrawal of Appearance and Entry of Appearance has been served by first class mail, postage pre-paid, upon the parties listed below on September 23, 2022.

L. Bickley, IV a/k/a Raymond Bickley, IV
56 Canal Street Leesport, PA 19533

L. Bickley, IV a/k/a Raymond Bickley, IV
415 Printz St Reading, PA 19606

                                          Respectfully submitted,

                                          KML Law Group, P.C.

                                          By: /s/ Michael McKeever
                                          Michael McKeever, Esquire
                                          Suite 5000
                                          701 Market Street
                                          Philadelphia, PA  19106-1532
                                          (215) 825-6303