## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-3711** |
| | : | |
| **RAYMOND L. BICKLEY, IV a/k/a** | : | |
| **RAYMOND BICKLEY, IV** | : | |

## ORDER

This 15th day of March, 2023, upon consideration of Plaintiff's Motion for Confirmation of Public Sale, ECF 16, which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby **ORDERED** that:

1. Plaintiff's Motion is **GRANTED**;

2. The public sale held on January 18, 2023, is **CONFIRMED**;

3. The Marshal is **ORDERED** and **DIRECTED** to execute and deliver to The United States Department of Agriculture, their successors and assigns ("Purchases"), a good and sufficient deed, conveying all the right, title, and interest of Raymond L. Bickley, IV a/k/a Raymond Bickley, IV in and to the premises sold located at 56 Canal Street, Leesport, PA 19533; and

4. Jurisdiction is retained for such further orders or decrees as may be necessary.

/s/ Gerald Austin McHugh
United States District Judge